NEW-YORK
Sept. 1822.
The People
vs.
John Allen.

"influence us : upon the facts and principles of this case, "we thing the prisoner ought to be acquitted." The jury returned a verdict "not guilty."

## The People *vs.* John Allen. *Grand Larceny.*

*Maxwell, District Attorney,* called on the above case for trial. *Price,* for Allen, refused to plead to the indictment on arraignment, and prayed leave for time, until the next day, to prepare a special plea. The court observed, "it cannot be demanded as matter of right; but on the ap-"plication of respectable counsel, will be given *ex gratia:*," and he took until the next day to prepare his plea.

*Time to plead is due to the prison-er ex gratia, not of right.*

## The People *vs.* Richard Williams. *Assault and Battery. with intent to murder.*

RICHARD WILLIAMS, a convict in the State's Prison, was put to the bar for trial, charged with committing an assault and battery, with intent to murder, upon the person of Hiram Maxwell, also a convict in the same place. The history of the transaction is as follows : exertions had been made sometime ago, by Williams and others, to escape from the prison ; they were defeated in their attempt, and their defeat was principally owing to discoveries made by Maxwell. From that time until June last, he had repeatedly threatened to kill him. On the 23d of that month, on Sunday, in the intermission of divine service, he attempted to put his threats in execution : he seized Maxwell in the yard, and attempted to cut his throat with a common case-knife, sharpened at the point, and prepared fit for the purpose : in this object, by the

*If I. S. com-mits a felony, and is sen-tenced to the State Prison, and before the term is expir-ed, is again sentenced for another crime to solitary confinement, the judgment of the court not being 'af-ter the expira-tion of your former sen-tence.' Query*